KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GARY SHOW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.:  1:10-CV-04718-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff James Gary Show may have an extension until April 22, 2011, in which to file plaintiff's motion for summary judgment.

　　　　This is plaintiff's first request for an extension of time in this matter.


Dated:  March 25, 2011　　　　　　　　　　　　　/s/ Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation In Support Of Plaintiff's Request For Extension Of Time
-1-

1 | Dated: March 25, 2011                           Sundeep Patel, authorized by telephone
2 |                                                 For ANN E. MALEY
                                                    Special Assistant U.S. Attorney
3 |
4 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
5 |
6 | Dated: _____March 28, 2011_____                 [signature]
7 |                                                 NANDOR J. VADAS
                                                    United States Magistrate Judge