1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | JAMES GARY SHOW,              | Civil No.:  10-4718 NJV
13 |         Plaintiff,            | STIPULATION IN SUPPORT OF
                                    PLAINTIFF'S SECOND REQUEST
14 |    vs.                        | FOR EXTENSION OF TIME
15 | MICHAEL J. ASTRUE, Commissioner of Social
16 | Security,
17 |         Defendant

18

19      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20 approval of the Court, that plaintiff James Show may have an extension until May 20, 2011, in which

21 to file plaintiff's motion for summary judgment.

22      This is plaintiff's second request for an extension of time in this matter.

23

24 Dated:  April 20, 2011                    s/s Kenneth J. Collins
                                             KENNETH J. COLLINS
25                                           Attorney for Plaintiff

Stipulation In Support Of Plaintiff's Second Request For Extension Of Time
-1-

Dated: April 21, 2011 Sundeep Patel, authorized by telephone
For ANN E. MALEY
Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

NANDOR J. VADAS
United States Magistrate Judge