KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GARY SHOW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant | Civil No.:  10-4718 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff James Show may have an extension until May 20, 2011, in which to file plaintiff's motion for summary judgment.

　　　This is plaintiff's second request for an extension of time in this matter.

Dated:  April 20, 2011　　　　　　　　　　　　　s/s Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 21, 2011

Sundeep Patel, authorized by telephone
For ANN E. MALEY
Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge