1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | JAMES GARY SHOW,              | Civil No.: 10-4718 NJV
13 |         Plaintiff,            | STIPULATION IN SUPPORT OF
                                   | PLAINTIFF'S DISMISSAL OF
14 |    vs.                        | COMPLAINT
15 | MICHAEL J. ASTRUE, Commissioner of Social
16 | Security,
17 |         Defendant

18

19     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20 approval of the Court, that plaintiff James dismisses the Complaint in the above-captioned case.

21

22 Dated:  May 24, 2011                    s/s Kenneth J. Collins
                                           KENNETH J. COLLINS
23                                         Attorney for Plaintiff

24
   Dated:  May 24, 2011                    Sundeep Patel, authorized by telephone
25                                         For Brenda Pullin
                                           Special Assistant U.S. Attorney

Stipulation In Support Of Plaintiff's Dismissal of Complaint
-1-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 25, 2011

NANDOR J. VADAS
United States Magistrate Judge